**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| GERALD HARTMAN, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| VS. | : | CASE NO. 4:14-CV-276-CDL-MSH |
| | : | |
| STATE OF GEORGIA, | : | |
| | : | |
| Respondent. | : | |

_____

## **O R D E R**

Petitioner, a prisoner at the Correctional Facility in Hutchinson, Kansas, filed the instant "federal habeas" action (ECF No. 1).  In an Order dated November 10, 2014 (ECF No. 5), the Court directed Petitioner to complete and submit: (1) its standard 28 U.S.C. § 2254 form; and (2) a financial affidavit seeking leave to proceed *in forma pauperis* ("IFP"), including a certified copy of his trust fund account balance.  Petitioner was additionally instructed to explain how he is still "in custody" with respect to an unspecified Muscogee County, Georgia conviction he wishes to challenge.  Petitioner has yet to respond to the Court's November 10th Order.

In his initial (and thus far only) filing in this Court, Petitioner listed the place of his confinement as Hutch, not Hutchinson, Kansas.  It is thus unclear whether Petitioner received the Court's November 10th Order.  Therefore, the Court hereby **GRANTS** Petitioner an extension of time to comply with its November 10th Order.  If Petitioner wishes to proceed with this action, he must complete and submit the Court's standard

habeas form and an application to proceed IFP within **FOURTEEN (14) DAYS** from the date of this Order.

The Clerk of the Court is **DIRECTED** to mail a copy of the November 10th Order and this Order, along with the Court's standard forms to Petitioner at the Hutchinson Correctional Facility.   The Clerk is further **DIRECTED** to correct Petitioner's address on the docket.   If Petitioner fails to timely respond to this Order, this action shall be dismissed.   In the event Petitioner no longer wishes to pursue the instant action, he should so notify the Court.

SO ORDERED, this 11th day of December, 2014.

S/Stephen Hyles
UNITED STATES MAGISTRATE JUDGE