4:14-cv-276-CDL-MSH

**RETURN TO:**

WILLIAM E. TANNER, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
P.O. BOX 128
MACON, GEORGIA 31202

**RE:**

Gerald Hartman
_(Plaintiff)_

92658
_(Prisoner Number)_

## ACCOUNT CERTIFICATION

I hereby certify that the plaintiff/petitioner named herein above has an average monthly balance for the last six (6) months of $ 11.68 in account to his/her credit at the Hutchison Correction Facility institution where he/she is confined. I further certify that the plaintiff/petitioner likewise has the following securities to his/her credit according to the records of this institution: ∅

(If not confined for a full six (6) months, specify the number of months confined, then compute the average monthly balance based on that number of months): 6 months

PRESENT BALANCE ON HAND IN PRISONER ACCOUNT: $ .00

Dated this 19 day of December, 2014.

_____
(Authorized Officer of Institution)

Correctional Counselor II
(Title)

**PLEASE ATTACH A COMPUTER PRINTOUT OF THE ACCOUNT AVAILABLE**

Sent with Habeas form

RE original case number 84893