12-20-14

Case No. 4:14-CV-276-CDL-MSH

US Court Clerk   RE Original Case no. 84893

Please return a file stamped copy.

Also if possible copy all correspondence to Christine Wolfe
3207 SW 8th
Topeka KS 66606
Because KDOC/HCF blocks much of my legal mail incoming AND outgoing, without notifying either party.

Here is the form Mr Seymore didn't get around to filling out for me before.

If the Habeas is Not the correct format, what is the correct format? Please send me the forms.
I sent the full Habeas (completed) form last week.
    Thank You

Gerald Hartman #92658
HCF
Box 1568
Hutch KS 67504